UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CIVIL ACTION NO.: 6:22-cv-02230-ACC-EJK

HOWARD COHAN

Plaintiff,

v.

DOLLAR TREE STORES, INC.

Defendant.
_____/

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff, Howard Cohan, and Defendant, Dollar Tree Stores, Inc., pursuant to their agreement to compromise and settle this matter, stipulate to the dismissal of this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and without any award of attorneys' fees and costs to either party.

Dated this 26th day of January 2023.

Respectfully submitted,

By: */s/ Courtney B. Wilson*
Courtney B. Wilson, Esq.
Florida Bar No. 614580
E-Mail: cwilson@littler.com
Secondary: ergarcia@littler.com
LITTLER MENDELSON, P.C.
Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, FL 33131

Telephone: (305) 400-7500  
Facsimile: (305) 603-2552  
*ATTORNEYS FOR DEFENDANT,*  
*DOLLAR TREE STORES, INC.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via the Court's electronic filing system upon Gregory S. Sconzo, Esq., and Samantha Simpson, Esq., *Sconzo Law Office, P.A.*, 3825 PGA Blvd., Suite 207, Palm Beach Gardens, FL 33410, on January 26, 2023.

By: */s/ Courtney B. Wilson*  
Courtney B. Wilson, Esq.

4859-3869-3709.1 / 101688-1046